RECEIVED
IN LAKE CHARLES, LA

JUN - 5 2006
PAT
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| DELTON DOMINGUE | CIVIL ACTION NO. 06-0701 |
| | JUDGE MINALDI |
| Plaintiff, | |
| | MAG. JUDGE WILSON |
| v. | |
| AMERICAN SOUTHERN HOME INSURANCE COMPANY | |
| Defendant. | |

## CONSENT ORDER OF REMAND

Considering the attached Affidavit of Delton Domingue and Stipulation That Recoverable Damages Shall Not Exceed $75,000 (the "Stipulation"), and it appearing from the Stipulation that the amount in controversy does not satisfy the requisite jurisdictional amount, and that this Court does not, therefore, have subject matter jurisdiction over this case;

IT IS HEREBY ORDERED that Plaintiff's Motion to Remand is GRANTED;

IT IS FURTHER ORDERED that this matter be and hereby is remanded to the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana, for further proceedings.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 5 day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE